JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HUMBERTO MUNGUIA,

    Petitioner,

vs.

C.E. DUCART, WARDEN,

    Respondent.

Case No. CV 14-09044-FMO (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: April 21, 2017

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE